

## CIVIL RIGHTS COMPLAINT
### 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

RECEIVED
MAR 29 2023
PRO SE OFFICE

MICHAEL CREMEN/156033 ,
Full name of plaintiff/prisoner ID#

DeARCY HALL, J.

                    Plaintiff,

                                            JURY DEMAND
                                            YES  X    NO _____

        -against-

DANIEL TARANTINO
JOHN FLYNN
AARON GESECHER

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

KUO, M.J.

CV 23-2557

                    Defendants.
------------------------------------------------------x

I.    Previous Lawsuits:

        A.    Have you begun other lawsuits in state or federal court
              dealing with the same facts involved in this action or
              otherwise relating to your imprisonment? Yes ( ) No (×)

        B.    If your answer to A is yes, describe each lawsuit in the space below
              (If there is more than one lawsuit, describe the additional lawsuits
              on another piece of paper, using the same outline.)

                1. Parties to this previous lawsuit:

                      Plaintiffs:        _____
                                         _____

                      Defendants:        _____
                                         _____

                2. Court (if federal court, name the district;
                   if state court, name the county)
                   _____

                3. Docket Number: _____

1 A

**CIVIL RIGHTS COMPLAINT**
**42 U.S.C. § 1983**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x

MICHAEL CREMEN / 156033      ,
Full name of plaintiff/prisoner ID#

                 Plaintiff,

      -against-      .

MICHAEL PHILLIPS
STEVEN NIGRELLI
JOHN MONTGOMERY
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

              Defendants.
-----------------------------------------------------x

**JURY DEMAND**
YES  X      NO _____

I.     Previous Lawsuits:

      A.    Have you begun other lawsuits in state or federal court
             dealing with the same facts involved in this action or
             otherwise relating to your imprisonment? Yes ( ) No ( )

      B.    If your answer to A is yes, describe each lawsuit in the space below
             (If there is more than one lawsuit, describe the additional lawsuits
             on another piece of paper, using the same outline.)

           1. Parties to this previous lawsuit:

                Plaintiffs:   _____

                             _____

                Defendants:  _____

                             _____

           2. Court (if federal court, name the district;
              if state court, name the county)

              _____

           3. Docket Number: _____

1 B

**CIVIL RIGHTS COMPLAINT**
**42 U.S.C. § 1983**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x

MICHAEL CREMEN / 156033 ,
Full name of plaintiff/prisoner ID#

                              Plaintiff,                    JURY DEMAND
                                                            YES __X__    NO _____

          -against-
KEVIN KRAUSS
WILLIAM BOLLER
JOSEPH FAHEY
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

                              Defendants.
----------------------------------------------------x

I.    Previous Lawsuits:

          A.    Have you begun other lawsuits in state or federal court
                dealing with the same facts involved in this action or
                otherwise relating to your imprisonment? Yes ( ) No (X)

          B.    If your answer to A is yes, describe each lawsuit in the space below
                (If there is more than one lawsuit, describe the additional lawsuits
                on another piece of paper, using the same outline.)

                1. Parties to this previous lawsuit:

                      Plaintiffs:    _____
                                     _____

                      Defendants:    _____
                                     _____

                2. Court (if federal court, name the district;
                      if state court, name the county)
                      _____

                3. Docket Number: _____

1 C

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II.    Place of Present Confinement: <u>ERIE COUNTY HOLDING CENTER</u>

   A. Is there a prisoner grievance procedure in this institution?  Yes (X) No ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure?  Yes (X)  No ( )

   C. If your answer is YES,

      1. What steps did you take? <u>FILED SEVERAL COMPLAINTS / GRIEVANCES, ASKED TO SPEAK TO SGTS, TOP PERSON AT FACILITY BUT ALL REQUESTS DENIED.</u>

      2. What was the result? <u>DEPRIVATION OF RIGHTS, THREATS OF VIOLENCE FROM INMATES (WORKING WITH OFFICERS). CRUEL AND UNUSUAL PUNISHMENT.</u>

   D. If your answer is NO, explain why not _____

   _____

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?  Yes ( )  No ( )

   F. If your answer is YES,

      1. What steps did you take? _____

      _____

      _____

      2. What was the result? _____

      _____

2

III.    Parties:

(In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff  MICHAEL CREMEN

Address  ~~1773 E. HILL~~ 1101 E. 1ST ST. MOUNTAIN HOME, AR 72653

(In item B below, place the full name and address of each defendant)

B.  List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1
DANIEL TARANTINO
SUITE 1111
43 COURT ST. BUFFALO, NY 14203

Defendant No. 2
JOHN FLYNN
ERIE COUNTY DISTRICT ATTORNEY
25 DELAWARE AVE. BUFFALO, NY 14202

Defendant No. 3
AARON BESECHER
THE BUFFALO NEWS
1 NEWS PLAZA, BUFFALO, NY 14203

Defendant No. 4
MICHAEL PHILLIPS
SUPERINTENDENT ERIE COUNTY HOLDING CENTER
40 DELAWARE AVE. BUFFALO, NY 14202

Defendant No. 5
STEVEN NIGRELLI
NEW YORK STATE POLICE
1220 WASHINGTON AVE. BLDG 22, ALBANY, NY ~~1222~~ 12226

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3 A

III.    Parties:

>   (In item A below, place your name in the first blank and place your present
>   address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  MICHAEL CREMEN

Address  1101 E. 1ST ST. MOUNTAIN HOME, AR 72653

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served.
Plaintiff must provide the address for each defendant named.

Defendant No. 6

JOHN MONTGOMERY

BAXTER COUNTY DETENTION CENTER - SHERIFF

904 HWY 62, MOUNTAIN HOME, AR 72653

Defendant No. 7

KEVIN KRAUSS

ALLEGHENY COUNTY JAIL - SHERIFF

950 2ND STREET, PITTSBURGH, PA 15219

Defendant No. 8

WILLIAM BOLLER

ERIE COUNTY COURT JUDGE

25 DELAWARE AVE BUFFALO, NY 14202

Defendant No. 9

JOSEPH FAHEY

CITY OF BUFFALO POLICE (D-DISTRICT)

669 HERTEL AVE. BUFFALO, NY 14207

Defendant No. 10

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3B

IV.    Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need not give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

DEFENDANT [2] JOHN FLYNN [2] - ERIE COUNTY, DISTRICT ATTORNEY AND ALL ASSISTANT DISTRICT ATTORNEYS INVOLVED WITH THIS CASE. BEGINNING ON 9/1/20 THRU PRESENT, JOHN FLYNN HAS ENGAGED IN MALICIOUS PROSECUTION) FILING FALSE CHARGES FOR VICTIMLESS CRIMES AND PRETENDED OFFENSES. DA FLYNN IMPROPERLY USED THE MEDIA TO DEFAME THE CHARACTER OF THE PLAINTIFF, POLLUTE THE JURY POOL, AND DEPRIVE THE PLAINTIFF OF THE RIGHT TO A FAIR TRIAL. DA FLYNN ENGAGED IN PROSECUTORIAL MISCONDUCT BY TAMPERING WITH WITNESSES, FALSIFYING AND SUPPRESSING EVIDENCE, INCLUDING ALTERING PLAINTIFF'S FEDERAL USPS RECORDS. JOHN FLYNN CONSPIRED WITH LOCAL MEDIA TO DENY PLAINTIFF'S RIGHT TO FREE SPEECH. DA JOHN FLYNN CONSPIRED WITH NY STATE POLICE, CITY OF BUFFALO POLICE, AND CATTARAUGUS COUNTY SHERIFF'S TO HARASS, ILLEGALLY SURVEILL, AND CONFISCATE PLAINTIFF'S INFORMATION TO DENY THE PLAINTIFF HIS RIGHT TO EXPOSE THIS LAWLESSNESS. DA FLYNN AND THE DISTRICT ATTORNEY'S OFFICE COMMITTED THESE CRIMES "UNDER COLOR OF LAW."

IV.A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4A

IV.    Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need not give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

DEFENDANT [4] AARON BESECHER, A REPORTER FOR THE BUFFALO NEWS FALSIFIED A DOCUMENT SENT TO THE BUFFALO NEWS BY THE PLAINTIFF ON 10/6/20 - PRESENT. AARON BESECHER HAS COMMITTED LIBEL AGAINST THE PLAINTIFF AND CONTINUED TO PRINT MISINFORMATION REGARDING PLAINTIFF'S CASE. LOCAL CBS, ABC, NBC, AND OTHER MEDIA OUTLETS HAVE ALSO PARTICIPATED IN LIBEL AND DEFAMATION OF CHARACTER AGAINST PLAINTIFF AS WELL. DEFENDANT DANIEL TARANTINO WAS ASSIGNED COUNCIL TO THE PLAINTIFF ON 11/16/20. ATTORNEY DANIEL TARANTINO CONSPIRED WITH JOHN FLYNN TO FRAME THE PLAINTIFF THUS FULFILLING THE PROMISE MADE BY PRIVATE DETECTIVE TIM McDONALD (NOT A DEFENDANT NAMED). McDONALD WAS SUPPOSED TO BE WORKING ON BEHALF OF PLAINTIFF BUT PRODUCED NOTHING. DANIEL TARANTINO USED VULGAR WORDS SEVERAL TIMES, IN SEVERAL CONVERSATIONS REFERRING TO "BLACK" PEOPLE. TARANTINO STATED THAT HE WAS TAKING HIS ASSAULT RIFLE TO SUPPORT PRESIDENT TRUMP AT A RALLY IN WASHINGTON D.C. DANIEL TARANTINO TOLD PLAINTIFF ABOUT HIS ARSENAL AT HIS HOME.

IV.A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

_____

_____

_____

_____

_____

_____

_____

_____

_____

IV.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

DEFENDANT # 5 - STEVEN NIGRELLI (NEW YORK STATE POLICE). FOIA REQUESTS HAVE BEEN MADE TO GET OFFICER NAMES INVOLVED IN THE 11/9/20 ARREST OF PLAINTIFF BUT NO INFORMATION RECEIVED TO DATE. PLAINTIFF INTENDS TO NAME ADDITIONAL DEFENDANTS AS THE INFORMATION BECOMES AVAILABLE. ON 11/9/20, NY STATE POLICE OFFICERS CYLE POMEROY CALLED PLAINTIFF'S PHONE FROM (716) 220-2972 AND OFFICE "GIORDINI" WAS ALSO CALLING PLAINTIFF'S [DEFENDANT'S] PHONE FROM (585) 297-6722. BOTH OFFICERS CLAIMED A REPORT OF A DISTURBANCE AT PLAINTIFF'S RESIDENCE AT 1:15 pm THAT AFTERNOON (REPORT # SJS 9920585). THE TIME OF THESE CONVERSATIONS BEGAN APPROXIMATELY AT 3:30 pm - 5:45 pm. STATE POLICE DID NOT SHOW UP TO PLAINTIFF'S RESIDENCE TO ANSWER THIS DISTURBANCE, ALSO PLAINTIFF WAS NOT HOME AT THE TIME OF ALLEGED DISTURBANCE. DURING THE PHONE CONVERSATIONS BETWEEN OFFICERS AND PLAINTIFF, OFFICERS REPEATEDLY CLAIMED THEY HAD NO WARRANT AND SITUATION HAD NOTHING TO DO WITH BUFFALO. THEY REPEATEDLY CLAIMED THESE THINGS AND WERE NOT GOING TO ARREST PLAINTIFF ACCORDING TO THEIR STORIES.

IV.A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

4 C

**DEFENDANT 1 | DANIEL TARANTINO (CONTINUED)** - ATTORNEY DANIEL TARANTINO FAILED TO ADVISE THE PLAINTIFF THAT PLAINTIFF WOULD NOT BE PERMITTED TO LEAVE COURT JURISDICTION WHILE OUT ON BAIL (INCLUDING ENCOURAGING PLAINTIFF TO ATTEND A POLITICAL RALLY IN D.C.) ATTORNEY TARANTINO REFUSED TO RAISE PLAINTIFF'S SAFETY CONCERNS AND VIOLATIONS OF PLAINTIFF'S CONSTITUTIONALLY RECOGNIZED, CREATOR-GIVEN RIGHTS TO THE COURT. DANIEL TARANTINO ALSO FAILED TO ADVISE COURT OF PLAINTIFF'S NEW ADDRESS EVEN THOUGH PLAINTIFF PERSONALLY ADVISED COURT AND/OR THE COURT REFUSED TO RECOGNIZE THE CHANGE OF ADDRESS. DANIEL TARANTINO RESIGNED FROM THE CASE ON 6/7/21 WITHOUT FILING A SINGLE MOTION ON PLAINTIFF'S BEHALF.

**DEFENDANT 5 | STEVEN NIGRELLI (NEW YORK STATE POLICE-CONTINUED)** - PLAINTIFF OBSERVED DRONES FLYING OVER HIS PROPERTY. PLAINTIFF ASKED OFFICER GIARDINI WHY THERE WERE DRONES IF NO WARRANT, NO ARREST INTENDED. OFFICER GIARDINI CLAIMED HE JUST NEEDED TO KNOW WHO WAS IN THE HOUSE AND EVERYONE WAS SAFE. OFFICER GIARDINI SPOKE TO PLAINTIFF'S WIFE. SHE STATED SHE WAS SAFE AND WANTED POLICE TO LEAVE US ALONE. FINALLY, PLAINTIFF ADVISED OFFICER GIARDINI THAT PLAINTIFF WOULD WALK OUT TO THE ROAD AND SPEAK TO POLICE. OFFICER GIARDINI TOLD PLAINTIFF NOT TO GO OUT THAT UNTIL CALLED BACK BY OFFICER GIARDINI. OFFICER GIARDINI CALLED PLAINTIFF AND ADVISED OKAY TO GO OUT TO THE ROAD.

WHEN PLAINTIFF AND PLAINTIFF'S WIFE WENT OUT TO THE ROAD WE WERE BOTH HAND CUFFED. SEVERAL OFFICERS CAME OUT OF THE WOODS WITH M16's AND NIGHT VISION EYEWEAR. PLAINTIFF AND HIS WIFE WERE TAKEN INTO POLICE CUSTODY AND MOVED APPROXIMATELY 1/2 MILE DOWN THE ROAD. PLAINTIFF'S WIFE WAS THEN RETURNED HOME AFTER REFUSING TO ANSWER POLICE QUESTIONS AND PLAINTIFF WAS TAKEN TO TOWN OF AURORA AND HANDED OVER TO CITY OF BUFFALO POLICE. PLAINTIFF AND HIS WIFE WERE NOT READ MIRANDA RIGHTS NOR WERE SHOWN A WARRANT AT ANY TIME. STATE POLICE ACTUALLY KIDNAPPED PLAINTIFF AND HIS WIFE. PHONE RECORDINGS AND WITNESS TESTIMONY WILL PROVE THAT NY STATE POLICE (UNDER COLOR OF LAW) WERE ATTEMPTING TO USE LETHAL FORCE. BUFFALO NEWS REPORTED THAT PLAINTIFF WAS TAKEN INTO CUSTODY AFTER A BRIEF STANDOFF. PLAINTIFF INTENDS TO NAME OFFICERS GIARDINI AND RONKACH AS DEFENDANT, ONCE IDENTITIES ARE CONFIRMED.

PLAINTIFF'S ADDRESS AT THIS TIME WAS 1713 E. HILL RD. FRANKLINVILLE, NY 14737.

**DEFENDANT 9 | JOSEPH FAHEY (CITY OF BUFFALO POLICE - DISTRICT D)** - ON 8/28/20 "BUFFALO POLICE D-DISTRICT OFFICERS WERE AIDING AND ABETTING AN UNLAWFUL ASSEMBLY. PLAINTIFF WAS AWARE OF THREATS MADE AGAINST AN ESTABLISHMENT NAMED "MT POCKETS". PLAINTIFF ADVISED OFFICERS ON SCENE ABOUT THREATS BUT OFFICERS IGNORED PLAINTIFF. PLAINTIFF, BEING ALARMED ABOUT THE NAMED "PROTESTERS" APPROACHING, TOOK ACTION TO DEFEND FELLOW AMERICANS AND THEIR PROPERTY BY SHOOTING AT THE MOB. POLICE OFFICERS THEN LEFT THE SCENE, VIOLATING PLAINTIFF'S RIGHT TO EQUAL PROTECTION UNDER THE LAW. THE "PROTESTERS" DID NOT HAVE A PERMIT TO PROTEST, ACCORDING TO BUFFALO MAYOR BYRON BROWN, YET POLICE WERE BLOCKING TRAFFIC AT INTERSECTIONS ALSO VIOLATING "NO TAXATION WITHOUT REPRESENTATION." NO ARRESTS WERE MADE THAT EVENING, NO PROPERTY WAS DAMAGED, AND THE RIOT FAILED TO MATERIALIZE. PLAINTIFF DID THE JOB THAT POLICE ARE SUPPOSED TO DO BUT D-DISTRICT POLICE HARASSED PLAINTIFF 3 DAYS LATER."

DEFENDANT 6 - JOHN MONTGOMERY (SHERIFF - BAXTER COUNTY DETENTION CENTER).

PLAINTIFF WAS ARRESTED ON 11/15/22 AND INCARCERATED AT BAXTER COUNTY DETENTION CENTER FROM 11/15/22 - 12/22/22. DURING THAT TIME, INMATE KENDRICK SOBREY WAS PUT INTO POD AND WAS OPENLY SELLING DRUGS AND THREATENING VIOLENCE. SERGEY ADVISED SUPORVISAL CAUSE THAT HE "KEEPS HIS WORD". PLAINTIFF ADVISED OFFICERS ABOUT THE SITUATION. KENDRICK WAS REMOVED AND PLAINTIFF WAS THREW IN THE "HOLE". INMATES IN POD REQUESTED PLAINTIFF BE BROUGHT BACK, (W)WAS BROUGHT BACK THE FOLLOWING DAY. DRUG PARAPHERNALIA (NEEDLES) WERE THEN INTRODUCED INTO THE POD AROUND THE 2ND WEEK OF DECEMBER. PLAINTIFF ADVISED OFFICER ARCHIE ABOUT THE NEEDLES, THE ATTEMPTS OF SEVERAL OF THE INMATES TA HARM PLAINTIFF WITH NEEDLES. OFFICER ARCHIE ADVISED PLAINTIFF THAT I COULD FILE OUT COMPLAINT AND POD WOULD BE SEARCHED. SHORTLY AFTER, CORPORAL DUE AND C/O ARCHIE PUT PLAINTIFF IN THE "HOLE", NEVER SEARCHING THE POD. PLAINTIFF IS REQUESTING ALL VIDEO RECORDS OF HIS STAY AND WOULD LIKE TO NAME ADDITIONAL DEFENDANTS. PLAINTIFF EXPERIENCED CRUEL AND UNUSUAL PUNISHMENT AND DEPRIVATION OF RIGHT UNDER COLOR OF LAW DUE TO CONSPIRACY WITH ERIE COUNTY DA JOHN FLYNN.

DEFENDANT 7 - KEVIN KRAUSS (SHERIFF - ALLEGHENY COUNTY JAIL)

PLAINTIFF WAS DROPPED OFF FOR A COURTESY HOLD ON 12/24/22 BY U.S. MARSHALS

JOE PISIEWICZ (TEL) 838-5344 AND LOU CARBONE (DEFENDANTS WHEN THEIR INFO IS VERIFIED)

PLEASE SUBPOENA THEIR PHONE RECORDS AND ALL PERTINENT RELATED TO PLAINTIFF FROM 12/23/22 - 12/29/22 (GREENE COUNTY JAIL- SPRINGFIELD, MO; MONTGOMERY COUNTY JAIL- DAYTON, OH; ALLEGHENY COUNTY, JAIL- PITTSBURGH, OH; BAXTER COUNTY JAIL- MOUNTAIN HOME, AR ) - THEIR PAPERWORK DOES NOT MATCH AND WHY DID THEY GO OUT OF ROUTE FROM DAYTON, OH TO PITTSBURGH, PA ON THE WAY TO BUFFALO, NY? WHILE BEING BOOKED INTO ALLEGHENY COUNTY JAIL, PLAINTIFF WAS PLACED INTO AN ISOLATION CELL FOR REFUSAL TO TAKE AN (ALCOHOL OFFICE) COVID TEST. PLAINTIFF WAS PLACED IN A CELL THAT WAS FILTHY, NO SOAP, NO TOILET PAPER, NO BLANKET. NEXT DAY OR TWO DAYS LATER, PLAINTIFF WAS MOVED TO ANOTHER CELL IN SAME CONDITION BUT WINDOWS SO PLAINTIFF WAS A SPECTACLE. COVID PROTOCOL WAS USED WRONGFULLY UNDER COLOR OF LAW, TO VIOLATE PLAINTIFF'S HUMAN RIGHTS. PLAINTIFF IS REQUESTING ALL VIDEO RECORDS FROM ALLEGHENY COUNTY JAIL FROM 12/24/22 - 12/29/22. VIDEOS WILL SHOW OFFICERS AND IMPOSTOR INMATE ATTEMPTING TO BAIT AND FRAME PLAINTIFF. ON 12/26 or 12/27/22 PLAINTIFF'S BROTHER RECEIVED A CALL FROM A FELLOW INMATE CLAIMING PLAINTIFF HAD BEEN BEAT UP BY POLICE. PLAINTIFF'S FAMILY THEN CALLED THE JAIL SEVERAL TIMES AND JAIL OFFICIALS CLAIMED PLAINTIFF WAS NOT IN THERE. FURTHERMORE, PLAINTIFF'S BROTHER RECEIVED A COLLECT CALL FROM ERIE COUNTY HOLDING CENTER SEVERAL DAYS BEFORE PLAINTIFF WAS AT ERIE COUNTY HOLDING CENTER TO HIDE THE TRUE WHEREABOUTS OF PLAINTIFF.

DEFENDANT 8 - WILLIAM BOLLER (JUDGE- ERIE COUNTY COURT)

DURING A RECENT COURT APPEARANCE ON JULY 2, 2021, JUDGE BOLLER WAS OFFICIALLY MADE AWARE THAT PLAINTIFF WAS RESIDING IN ARKANSAS. THE BUFFALO NEWS REPORTED IN THEIR STORY ABOUT THAT APPEARANCE. THE STENOGRAPHER TIED TO THE GRAND JURY, WHILE DA FLYNN INVENTED A FELONY BAIL JUMPING, CHARGE AGAINST PLAINTIFF. CRIMINAL ADDRESS NOT KNOWN. STATE POLICE EXPERT ALSO LIED TO THE GRAND JURY ON THE SAME MALICIOUS, SELECTIVE PROSECUTORIAL CHARGE. PLAINTIFF'S FEDERAL LISTS RECORDS WERE ALTERED TO INVENT THIS CHARGE. JUDGE BOLLER IS AWARE OF THIS AND UNDER COLOR OF LAW COMMITTED JUDICIAL MISCONDUCT. JUDGE BOLLER HAS DENIED PLAINTIFF'S RIGHT TO REPRESENT HIMSELF PRO SE AND CONSPIRING WITH DA FLYNN TO FORCE INEFFECTIVE COUNSEL ON PLAINTIFF. JUDGE BOLLER HAS ILLEGALLY REMANDED PLAINTIFF AND DENYING PLAINTIFF'S RIGHT TO FACE ACCUSERS, HAVE MALICIOUS MADE FOR CHANGE OF VENUE, DISMISSAL OF CHARGES, ETC.. PLAINTIFF WISHES TO NAME STENOGRAPHER, AND NY STATE POLICE EXPERT WITNESS AS DEFENDANTS WHEN THEIR INFORMATION IS AVAILABLE TO HIM.

DEFENDANT 4 - MICHAEL PHILLIPS (ERIE COUNTY HOLDING CENTER-SUPERINTENDENT)

PLAINTIFF WAS BROUGHT INTO ERIE COUNTY HOLDING CENTER ON 12/27, 28, 2022. UPON INITIAL
MEDICAL ASSESSMENT PLAINTIFF WAS THREATENED BY OFFICER RANDOLPH IF PLAINTIFF REFUSED
TO ANSWER MEDICAL QUESTION REGARDING THE WAY THE OFFICER AND NURSE APPROVED OF. THE MALE NURSE (To be
NAMED A DEFENDANT), ALONG WITH SEVERAL OFFICERS WHEN THEIR INFORMATION IS MADE KNOWN) FALSIFIED
PLAINTIFF'S MEDICAL QUESTIONNAIRE. PLAINTIFF REFUSED ANY MEDICATIONS OR TREATMENTS BUT WAS HARASSED
BY OFFICERS AND MEDICAL PERSONNEL FOR SEVERAL DAYS TRYING TO BE FORCED INTO UNWANTED AND
UNNECESSARY INTERACTIONS WITH MEDICAL PERSONNEL. PLAINTIFF IS CLASSIFIED AS A LEVEL 1 INMATE
ON PC STATUS (PROTECTIVE CUSTODY) BUT HAS BEEN EXPOSED TO CONSTANT THREATS BY LEVEL 3 INMATES THAT
ARE GANG MEMBERS, MURDERERS, VIOLENT, ETC. NO CAMERA'S ARE INSTALLED AT MANY AREAS IN THIS JAIL.
ERIE COUNTY HOLDING CENTER- LIKE PANTEX COUNTY DETENTION CENTER INTRODUCED NARCOTICS INTO
FACILITY WHEN INMATE PHIL BICKEL WAS BROUGHT INTO DORM WHERE PLAINTIFF WAS BEING HOUSED. PHIL BICKEL
IS PLAINTIFF'S EX-BROTHER IN LAW) AND HAS A LENGTHY PRISON RECORD. SEVERAL INMATES BEGAN USING THE DRUGS
BROUGHT INTO DORM BY PHIL BICKEL. INMATE ZEEKAY SPACK OVERDOSED ON THE DRUGS CAUSING A SHAKE DOWN
AND STRIP SEARCH OF INMATES IN THE DORM. OFFICERS FOUND DRUGS ON SPACK'S BED BUT BLAMED THEM ON THE
FLOOR 2. OFFICERS FOUND PARAPHERNALIA ON BICKEL'S BED BUT DISREGARDED IT. OFFICERS TOOK APART PLAINTIFF'S
BEDDING AND BELONGINGS BUT FOUND NOTHING. PLAINTIFF IS REQUESTING VIDEO RECORDS DURING HIS TIME
AT BRAVO DETOX. (INMATE WAS TEMPORARILY HOUSED THERE, NOT DETAINING, DUE TO LEAK IN ECHO DORM).
ON 2/15/23 INMATE JACOB FERGUSON WAS REMOVED FROM ECHO DORM DUE TO FAILED DRUG TEST.
PLAINTIFF WAS SUBJECTED TO ANOTHER ILLEGAL SEARCH AND SEIZURE. THE NEXT DAY JACOB FERGUSON WAS
RETURNED TO DORM BECAUSE HIS DRUG TEST WAS A FALSE POSITIVE. MOREOVER, DUE TO INCARCERATION
PLAINTIFF HAS BEEN DENIED REGULAR CLEAN LINEN EXCHANGE, REGULAR ACCESS TO LAW LIBRARY, HAIRCUTS, NAIL
CLIPPERS, AND VISITATIONS DUE TO COVID CLAIMS. LASTLY, PLAINTIFF WOULD LIKE TO EXPLAIN HOW THE
COVID PROTOCOLS ARE BEING USED TO VIOLATE HUMAN RIGHT(S), SUBJECT INMATES TO CRUEL AND
UNUSUAL PUNISHMENT, AND FALSIFY MEDICAL RECORDS/INFORMATION. ON OR ABOUT 2/8/23 OFFICER
HENERY CAME TO WORK WITH WHAT HE CLAIMED WAS A COLD OR SINUS INFECTION BECAUSE HE "TESTED NEGATIVE
FOR COVID". SEVERAL INMATES IMMEDIATELY CAUGHT OFFICER HENERY'S COLD (ECHO DORM). ON SATURDAY
ON SUNDAY 2/18 OR 2/19/23 INMATE DONALD LOCK WENT TO MEDICAL FOR A SICK CALL. HE TESTED NEGATIVE
FOR COVID BUT WAS MOVED TO A COVID ISOLATION CELL ON ECHO ONE. ON 2/24/23 ECHO DORM INMATES
WERE TOLD TO WEAR MASKS AND SOCIAL DISTANCE AS PRECAUTIONARY COVID PROTOCOL. PLAINTIFF AND FELLOW
INMATES WERE GIVEN COVID TESTS ON 2/23/23 THAT WE WERE TOLD WERE BEING SENT TO A LAB FOR MORE ACCURATE
RESULTS. ON 2/24/23 TRAIL C/O'S BEGAN MOVING POSITIVE COVID INMATES TO ECHO ONE ISOLATION CELLS.
PLAINTIFF WAS ADVISED COVID TEST WAS NEGATIVE. PLAINTIFF HAD NO SYMPTOMS AND WAS NEVER SICK DURING THIS
TIME. HOWEVER, PLAINTIFF WAS MOVED TO ECHO ONE COVID ISOLATION ON 2/26/23. PLAINTIFF WAS CONFINED
TO A CELL FOR 23 TO 23½ HOURS A DAY THROUGH 3/5/23. PLAINTIFF AND OTHER COVID NEGATIVE
INMATES WERE HOUSED IN THE SAME LOCATION AS COVID POSITIVE INMATES BEING SUBJECTED TO THE SAME
PROTOCOL AND EXPOSED TO COVID DAILY. PLAINTIFF TESTED NEGATIVE FOR COVID 3/2/23 (ANOTHER
LAB TEST) AND RETURNED TO ECHO DORM ON 3/5/23. ERIE COUNTY HOLDING CENTER IS IN VIOLATION
OF THE U.S. CONSTITUTION, THE NUREMBURG CODE, AND INTERNATIONAL LAW. PLAINTIFF
WANTS JUSTICE.

V.    Relief:

State what relief you are seeking if you prevail on your complaint.

DISMISSAL oF ALL CHARGES OR CHANGE OF VENUE. COMPENSATORY AND

PUNITIVE DAMAGES. PUBLIC EXONERATION.

I declare under penalty of perjury that on MARCH 15, 2023 , I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this 14TH day of MARCH , 20 23. I declare under penalty of

perjury that the foregoing is true and correct.

Michael Cremer

**Signature of Plaintiff**

ERIE COUNTY HOLDING CENTER

**Name of Prison Facility**

40 DELAWARE AVE.

BuFFALO, NY 14202

**Address**

156033

**Prisoner ID#**

5

MICHAEL CREMEN
 #156033
ERIE COUNTY HOLDING CENTER
40 DELAWARE AVE.
BUFFALO, NY 14202



US POSTAGE
ZIP 14202
02 7H
0006102069
$ 00
MAR

UNITED STATES DISTRICT COURT · EDNY
    225 CADMAN PLAZA EAST ·· ATTN: PRO SE OFFICE
  BROOKLYN, NY 11201



USMS

APPROVED MAR 2 2 2023

$ 2.70

LEGAL MAIL